<u>**UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF MAINE**</u>

| | |
|---|---|
| **J & S OIL CO INC** | ) |
| | ) |
| v. | ) CIVIL NO. 1:14-cv-00016-JDL |
| | ) |
| **HDI-GERLING AMERICA INSURANCE COMPANY** | ) ) |

**J U D G M E N T**

In accordance with the Order on Cross-Motions for Summary Judgment, issued on April 22, 2015, by U.S. District Judge Jon D. Levy; the Defendant's Cross-Motion for Summary Judgment is granted.

JUDGMENT is hereby entered in favor of defendant, HDI-Gerling America Insurance Company, and against the plaintiff, J&S Oil Co Inc.

Dated this 23rd day of April, 2015.

                                                                                   CHRISTA K. BERRY
                                                                                   CLERK

                                    By:    /s/ Neala Dunfey
                                                         Deputy Clerk