UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| J & S OIL CO., INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No: 1:14-cv-00016-JDL |
| | ) | |
| HDI-GERLING AMERICA | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | | |

PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given, pursuant to Federal Rule of Appellate Procedure 3 and Federal Rule of Appellate Procedure 4(a)(1), that the Plaintiff, J&S Oil Co., Inc., hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in the instant matter (ECF Doc. 28) on April 23, 2015, which was issued in accordance with the Court's Order on Cross Motions for Summary Judgment (ECF Doc. 27) dated April 22, 2015.

Dated at Portland, Maine, this 20th day of May, 2015

>     /s/ James M. Bowie, Esq.
>     /s/ Hillary J. Bouchard, Esq.
>     James M. Bowie, Esq.
>     Hillary J. Bouchard, Esq.
>     Attorneys for Plaintiff J&S Oil Co., Inc.

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
jbowie@thompsonbowie.com
hbouchard@thompsonbowie.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to such counsel as have entered an appearance in this matter.

Dated at Portland, Maine, this 20th day of May, 2015

/s/ Hillary J. Bouchard, Esq.
Hillary J. Bouchard, Esq.
James M. Bowie, Esq.
Attorneys for Plaintiff J&S Oil Co., Inc.

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
jbowie@thompsonbowie.com
hbouchard@thompsonbowie.com