# United States Court of Appeals
## For the First Circuit

_____

No. 15-1621

J & S OIL COMPANY, INC.

Plaintiff - Appellant

v.

HDI-GERLING AMERICA INSURANCE COMPANY

Defendant - Appellee

_____

**JUDGMENT**

Entered: August 3, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hillary Bouchard
James Bowie
Jennifer Rush